# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **PENNSYLVNIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY,** ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 2:09-CV-87 |
| **WILD BUILDING CONTRACTORS, INC.** ) ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, and Wild Building Contractors, Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure hereby stipulate that the action filed by Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, against Defendant, Wild Building Contractors, Inc., shall be dismissed with prejudice. No discretionary costs are to be assessed.

Dated this _____ day of October, 2009.

**APPROVED FOR ENTRY:**

s/David S. Zinn_____
David S. Zinn, BPR No. 002896
Hooper, Zinn & McNamee, PLLC
109 Westpark Drive, Suite 300
Brentwood, Tennessee 37027
615.661.5472
dszinn@hooperzinn.com
Attorney for Plaintiff

s/Robert  P. Noell_____
Robert P. Noell, BPR No. 020231
Woolf, McClane, Bright, Allen & Carpenter, PLLC
P.O. Box 900
Knoxville, Tennessee 37902-0900
865.215.1000
Attorney for Defendant